IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE, | No. C 14-01279 WHA |
| Plaintiff, | |
| v. | |
| INTEL CORPORATION, et al., | **ORDER RE ELECTRONIC FILING** |
| Defendants. | |

It appears that pro se plaintiff Michael Bruzzone has provided an email address to receive electronic service of filings. Local Rule 5-1(b) states that a "pro se party may not file electronically unless the pro se party moves for and is granted permission by the assigned judge to become an ECF user in that case." Instructions for requesting permission for electronic case filing can be found at http://www.cand.uscourts.gov/ECF/proseregistration. The local rules can be found at http://www.cand.uscourts.gov/localrules/civil.

**IT IS SO ORDERED.**

Dated:  April 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE