IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

INTEL CORPORATION, et al.,

    Defendants.

                         /

No. C 14-01279 WHA

**ORDER RESETTING HEARING ON PLAINTIFF'S MOTION (DKT. NO. 37)**

On April 29, this action was reassigned to the undersigned judge. The same day, *pro se* plaintiff Michael A. Bruzzone filed a "notice of motion for time to corresspond [sic] to Attorney General Eric Holder and President Obama, including time for their decision whether or not to provide this federal relator in federal civic service with United States Attorney Representation," noticed before Judge James Donato for Wednesday May 21. The undersigned judge notes that no certificate of service was appended to the filing (Dkt. No. 37).

Currently, defendants' two motions to dismiss are scheduled to be heard on **THURSDAY JUNE 19 AT 8:00 A.M.** The case management conference is scheduled for the same day. For the convenience of the parties, the hearing on Mr. Bruzzone's motion is reset for **JUNE 19 AT 8:00 A.M.** Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. The hearing on May 21, which is not an available hearing date, is **VACATED**.

    **IT IS SO ORDERED.**

Dated: May 1, 2014.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE