IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,                                  No. C 14-01279 WHA

    Plaintiff,

  v.

INTEL CORPORATION, et al.,                       **ORDER RE DISCOVERY STAY**

    Defendants.

        In March 2014, *pro se* Michael A. Bruzzone commenced this action. In April 2013, this action was reassigned to the undersigned judge. The initial case management conference and the hearings on (1) the two motions to dismiss and (2) plaintiff's "motion for time to corresspond [sic] to Attorney General Eric Holder and President Obama" are set for June 19, 2014.

        On May 13, defendant Intel Corporation filed a letter stating (Dkt. No. 44):

> Intel respectfully requests that this Court stay all discovery and initial disclosure obligations, unless and until such time as the Court rules that Mr. Bruzzone can allege a claim that the Court has jurisdiction to hear and decide. In the alternative, Intel respectfully requests an expedited briefing and hearing schedule so that a motion to stay can be heard before the May 29, 2014 deadline to meet and confer regarding initial disclosures and a discovery plan.

Defendant ARM, Inc. joined the request (Dkt. No. 46). By **NOON ON MAY 21**, plaintiff may file a response (**NOT TO EXCEED THREE PAGES**).

        **IT IS SO ORDERED.**

Dated: May 14, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE