IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

INTEL CORPORATION, et al.,

    Defendants.

No. C 14-01279 WHA

**ORDER TO SHOW CAUSE**

There is no operative complaint in this action. *Pro se* Michael Bruzzone failed to file a first amended complaint by the June 4 deadline in accordance with the May 2014 order (Dkt. No. 51). The May 2014 order warned plaintiff that failure to file a complaint would result in dismissal. By **NOON ON JUNE 27**, both sides are ordered to show cause why this action should not be dismissed and judgment entered against Mr. Bruzzone.

**IT IS SO ORDERED.**

Dated: June 17, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE