IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

INTEL CORPORATION, et al.,

    Defendants.

No. C 14-01279 WHA

**ORDER TO SHOW CASE RE MOTION TO DECLARE MR. BRUZZONE A VEXATIOUS LITIGANT**

    Judgment has been entered in this action. On June 27, however, defendant Intel Corporation filed a motion to declare *pro se* plaintiff Michael Bruzzone a vexatious litigant, noticed for a hearing on August 14, 2014. The deadline for filing an opposition has passed. No opposition was filed.

    By **NOON ON JULY 29**, plaintiff shall file a statement (not to exceed 25 pages) showing cause: (1) why no opposition to the motion to declare him a vexatious litigant was timely filed and (2) stating his response to the motion to declare him a vexatious litigant. By **NOON ON AUGUST 4**, Intel may file a response (not to exceed six pages).

**IT IS SO ORDERED.**

Dated: July 22, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE