IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

INTEL CORPORATION and ARM, INC.,

    Defendants.

No. C 14-01279 WHA

**ORDER RE PLAINTIFF'S MOTION FOR RECONSIDERATION**

    Plaintiff Michael A. Bruzzone has filed a 253-page motion for reconsideration of the Court's order declaring him a vexatious litigant. Plaintiff has failed to comply with Civil Local Rule 7-2(b). Accordingly, plaintiff's motion is **DENIED**. The hearing set for October 15 is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: August 24, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE