**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

INTEL CORPORATION,

    Defendant.

No. C 14-01279 WHA

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

    Plaintiff Michael A. Bruzzone has filed a motion for reconsideration. Attached to that motion was 36-page declaration that was simply further legal argument. A penny was also attached to that motion. Plaintiff's declaration is a thinly-veiled attempt to circumvent the requirements of Civil Local Rule 7-2. Accordingly, plaintiff's motion is **DENIED**. The hearing set for **OCTOBER 15** is hereby **VACATED**. The Clerk shall return plaintiff's papers and the penny to him.

**IT IS SO ORDERED.**

Dated: September 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE