IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

v.

INTEL CORPORATION and ARM, INC.,

    Defendants.

No. C 14-01279 WHA

**ORDER DENYING MOTION TO RECONSIDER**

An August 19, 2014 order granted Intel Corporation's motion to declare *pro se* Michael Bruzzone a vexatious litigant (Dkt. No. 88). Although Bruzzone did not attend the hearing on the motion he has now moved for reconsideration of that order as well as an order declaring that he was not a relator, for the fifth time. With this attempt, Bruzzone has filed a supplemental brief that cites dozens of decisions discussing due process (and an academic article about the Magna Carta), but he has again failed to raise any material difference in fact or law from that presented when the initial order issued or when his first four motions for reconsideration was denied (Dkt. No. 94). He has simply restated the same baseless allegations of a conspiracy among defendants and the Court to "damn Bruzzone as vexatious." For the reasons stated in the prior order denying Bruzzone's motion for reconsideration, Bruzzone's motion is **DENIED**.

The pre-filing review order shall remain in place.

**IT IS SO ORDERED.**

Dated: October 13, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE