IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

INTEL CORPORATION and ARM, INC.,

    Defendants.

No. C 14-01279 WHA

**ORDER DENYING REQUEST FOR RECUSAL**

An August 19, 2014 order granted Intel Corporation's motion to declare *pro se* Michael Bruzzone a vexatious litigant (Dkt. No. 88). Bruzzone did not attend the hearing on the motion. Buzzone's five motions for reconsideration of that order were each denied. Bruzzone has now filed a motion titled "Request for Judge Alsup Recuse Himself from Case C 14 01279 Pursuant to 28 U.S.C. 144." He has filed an affidavit in support of his request.

Section 144 of Title 28 of the United States Code states (emphasis added):

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.
>
> The affidavit shall state the facts and the reasons for the belief that bias or prejudice exists, and shall be filed not less than ten days before the beginning of the term at which the proceeding is to be heard, or good cause shall be shown for failure to file it within such time. *A party may file only one such affidavit in any case.* It shall be accompanied by a certificate of counsel of record stating that it is made in good faith.

1  Bruzzone previously filed an affidavit and moved to disqualify the undersigned in June
2  2014 (Dkt. No. 54).  The motion was referred to another judge, who denied it (Dkt. No. 58).
3  Bruzzone's second motion for recusal is procedurally improper and is hereby **DENIED**.
4  The pre-filing review order shall remain in place.

6  **IT IS SO ORDERED.**

8  Dated:   October 29, 2015.

   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE