United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

  v.

INTEL CORPORATION and ARM, INC.,

    Defendants.

                             /

No. C 14-01279 WHA

**ORDER DENYING THIRD MOTION TO DISQUALIFY JUDGE**

An August 19, 2014 order granted Intel Corporation's motion to declare *pro se* Michael Bruzzone a vexatious litigant (Dkt. No. 88). Although Bruzzone repeatedly described himself as a "relator" charged with investigating alleged antitrust and espionage violations in the microprocessor industry, he is not a "relator" and the United States is *not* a party to this action. Bruzzone has filed numerous motions seeking reconsideration of that order, each of which has been denied. Bruzzone also moved to disqualify the undersigned judge pursuant to Section 144 of Title 28 of the United States Code. As required by Section 144, that motion was referred to another judge, who denied it (Dkt. No. 58). Bruzzone filed a second motion under Section 144, which was denied because a party may only file one motion under Section 144 per case (Dkt. No. 108).

Bruzzone now moves to disqualify the undersigned judge from this matter under Sections 455(a) and 455(b)(1) of Title 28 of the United States Code and Section 1001(a) of Title 18 of the United States Code. Section 455(a) provides that a judge should disqualify himself from a proceeding "in which his impartiality might reasonably be questioned." Section 455(b)(1) provides that a judge should also disqualify himself where he has a "personal bias or

prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding . . . ." Section 1001 provides for fines and imprisonment for fraudulent conduct in government matters. Neither Section 455 nor Section 1001 requires a motion to be referred to another judge. Bruzzone's recourse, which he has already exhausted, was to file a motion under Section 144.

Bruzzone's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 30, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE