1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9
MICHAEL A. BRUZZONE,                                    No. C 14-01279 WHA

10
                Plaintiff,

11
        v.

12
INTEL CORPORATION and ARM, INC.,          **ORDER DENYING**
                                                              **FOURTH MOTION TO**
13
                Defendants.                                 **DISQUALIFY JUDGE**
                                                   /

14

15          An August 19, 2014 order granted Intel Corporation's motion to declare *pro se* Michael

16  Bruzzone a vexatious litigant (Dkt. No. 88).  Bruzzone did not attend the hearing on the motion.

17  Buzzone's five motions for reconsideration of that order were each denied.  Bruzzone has now

18  filed a motion requesting the undersigned to disqualify himself from this matter, and referring

19  the undersigned to this district's Standing Committee on Professional Conduct.  Chief Judge

20  Phyllis Hamilton has denied Bruzzone's motion regarding the reference to the Standing

21  Committee (Dkt. No. 116).

22          The instant motion, like Bruzzone's third motion to disqualify, relies on Sections 455(a)

23  and 455(b)(1) of Title 28 of the United States Code, which provide standards for

24  disqualification, but do not authorize motions to disqualify.  Bruzzone's recourse, which he has

25  already exhausted, was to file a motion under Section 144 (Dkt. No. 58).  Accordingly,

26  Bruzzone's motion is **DENIED**.

27          **IT IS SO ORDERED.**

28

Dated:   December 23, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California