IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

    Plaintiff,

v.

INTEL CORPORATION and ARM, INC.,

    Defendants.

No. C 14-01279 WHA

**ORDER DENYING MOTION FOR RECONSIDERATION OF MOTION FOR ADMINISTRATIVE RELIEF**

An August 19, 2014 order granted Intel Corporation's motion to declare *pro se* Michael Bruzzone a vexatious litigant (Dkt. No. 88). On December 15, Bruzzone filed a motion to refer the undersigned to the Standing Committee on Professional Conduct and directed his motion to Chief Judge Hamilton. On December 17, Chief Judge Hamilton denied Bruzzone's motion and stated that the Court would "not entertain any motions for reconsideration of this order" (Dkt. No. 116). Bruzzone has filed another motion seeking the same relief (Dkt. No. 118). Bruzzone's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 19, 2016.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE