IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 14-01279 WHA<br>No. C 16-80233 WHA<br><br>**ORDER RE PRE-FILING<br>REVIEW OF COMPLAINT** |

The Court has reviewed plaintiff Michael Bruzzone's new complaint in *Bruzzone v. Intel Corp.*, No. 3:16-mc-80233-WHA (Dkt. No. 1), and finds its contents are frivolous or duplicative of past filings in plaintiff's prolonged series of lawsuits against Intel. Accordingly, pursuant to the pre-filing review order issued on August 19, 2014, in *Bruzzone v. Intel Corp.*, No. 3:14-cv-01279-WHA (Dkt. No. 88), the Clerk is directed not to accept the new complaint for filing. Plaintiff's concurrent application to proceed in forma pauperis is **DENIED AS MOOT**. The Clerk shall please **CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: November 18, 2016.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE