UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. BRUZZONE,

        Plaintiff,

    v.

INTEL CORPORATION, et al.,

        Defendants.

Case No. 14-cv-1279-WHA

**ORDER DENYING MOTION FOR "CASE OVERSIGHT REVIEW"**

Plaintiff Michael A. Bruzzone filed a motion requesting the undersigned District Judge to "reverse, strike, set aside" orders issued by the District Judge assigned to the above-entitled action, and to "reverse" the order dismissing Case No. 16-mc-80233 WHA pursuant to the prefiling order issued in this action on August 19, 2014. The motion is DENIED.

There is no provision in the Federal Rules of Civil Procedure or the Civil Local Rules that would permit one District Judge of this court to "reverse" an order issued by another District Judge. In particular, Federal Rule of Civil Procedure 60(d)(3), which plaintiff has cited in his motion, does not authorize a litigant to seek such relief. Moreover, the court notes that plaintiff appealed the June 28, 2014 dismissal of this case and the final judgment, which was affirmed by the Ninth Circuit on November 28, 2016. See Bruzzone v. Intel Corp., 670 Fed. Appx. 931 (9th Cir. Nov. 21, 2017).

The undersigned will not consider any further motions or requests relating to this case or any other case filed by this plaintiff.

**IT IS SO ORDERED.**

Dated: May 31, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge