UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br>Plaintiff,<br>v.<br>ARM INC., et al.,<br>Defendants. | Case No. 17-cv-02943-JCS<br>*Also Filed in Case No. 14-cv-1279-WHA*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER PREFILING REVIEW IS NECESSARY** |

Plaintiff Michael Bruzzone, pro se, has filed a series of lawsuits against Intel Corporation ("Intel"), several of its employees, and other entities including or relating to Defendants ARM Inc. and ARM Holdings plc (collectively, "ARM" or the "ARM Entities"), accusing those entities and individuals of harassing and retaliating against him, concealing crimes, and interfering with federal proceedings, among other claims. In one such action in this district, case number 14-cv-1279-WHA (the "1279 Action"), the Honorable William Alsup declared Bruzzone a vexatious litigant and imposed a pre-filing review order, requiring the Clerk to forward any future complaints that Bruzzone filed against Intel or its employees to Judge Alsup to determine whether such complaints are duplicative or frivolous. *Bruzzone v. Intel Corp.*, No. 14-cv-1279-WHA, 2014 WL 4090470, at *8 (N.D. Cal. Aug. 19, 2014). Although ARM was a party in that case, Judge Alsup noted that ARM did not join Intel's motion to declare Bruzzone a vexatious litigant. *Id.* at *4.

The caption of Bruzzone's present complaint names only the ARM Entities as defendants, but the complaint is replete with allegations of misconduct by Intel (as well as ARM), many of which, to the extent that they are intelligible, appear duplicative of Bruzzone's claims in the 1279 Action. Moreover, Bruzzone's prayer for relief describes Intel as a defendant (along with ARM)

and seeks relief against both Intel and ARM. Accordingly, this action is hereby REFERRED to Judge Alsup to determine whether it is subject to the pre-filing review order.

**IT IS SO ORDERED.**

Dated: June 12, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge