UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BRUZZONE,<br><br>    Plaintiff,<br><br>    v.<br><br>ARM INC., et al.,<br><br>    Defendants. | Case No. 17-cv-02943-JCS<br>*Also Filed in Case No. 14-cv-1279-WHA*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court previously referred this case to the Honorable William Alsup to determine whether Plaintiff Michael Bruzzone's present complaint falls within the scope of a vexatious litigant order that Judge Alsup entered in case number 14-cv-1279-WHA (the "1279 Action") requiring pre-filing review of claims by Bruzzone against Intel Corporation or its employees. Because many of the allegations of the present complaint, to the extent that they are intelligible, appear duplicative of Bruzzone's allegations in the 1279 Action, this case is hereby REFERRED to Judge Alsup for the additional purpose of determining whether it is related to the 1279 Action. Any party may file a response to this order, not exceeding five pages, no later than June 19, 2017. *See* Civ. L.R. 3-12(c), (e); Civ. L.R. 7-11.

**IT IS SO ORDERED.**

Dated: June 15, 2017

JOSEPH C. SPERO
Chief Magistrate Judge